IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| V. | * | CASE NO.  4:18-CR-00421-SWW-01 |
| | * | |
| | * | |
| JERMYE SMITH | * | |
| | * | |

**ORDER REVOKING SUPERVISED RELEASE**

On December 5, 2022, the Court held a hearing on the Government's superseding motion to revoke the supervised release previously granted to Defendant Jermye Smith. *Doc. 57*. Mr. Smith appeared with his appointed attorney, Omar Greene, and Assistant United States Attorney Kristin Bryant represented the Government.  Mr. Smith admitted the allegations set forth in the violation memorandum, and the Court found that he had violated the conditions of his supervised release.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted Defendant Jermye Smith be, and it is hereby, **REVOKED,** and the Government's superseding motion (*Doc. 57*) is GRANTED.

IT IS FURTHER ORDERED that Defendant shall serve a term of imprisonment of **EIGHT (8) MONTHS** in the custody of the Bureau of Prisons, **with**

*no supervised release to follow*. The Court recommends that Defendant be designated to serve his sentence at the BOP institution in Forrest City, Arkansas and that he participate in non-residential substance abuse treatment and mental health treatment during his incarceration.

IT IS FURTHER ORDERED that Defendant Smith must pay the remaining $75 balance of his special assessment fee.  During incarceration, Defendant Smith must pay 50% per month of all funds that are available to him.

Defendant Smith is remanded to the custody of the United States Marshal.

DATED this 8th day of  December, 2022.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE
